| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | WILLIAM GEORGE GRAY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-cr-0158 AWI-DLB |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; ORDER |
| v. | ) | |
| | ) | DATE: August 27, 2012 |
| WILLIAM GEORGE GRAY, | ) | TIME: 1:00 A.M. |
| | ) | JUDGE: Hon. Dennis L. Beck |
| *Defendant.* | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant William George Gray, that the status conference currently set for August 6, 2012, **may be continued to August 27, 2012 at 1:00 a.m.**

The defense proposes this stipulation because additional time is needed to review discovery and counsel does not want to require the defendant to travel from out of town to Fresno until discovery review is complete. In addition, defense counsel is preparing for a trial commencing August 7, 2012.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 1, 2012 | By:   /s/ *Brian W. Enos*<br>BRIAN W. ENOS<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 1, 2012 | By:   /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>WILLIAM GEORGE GRAY |

**ORDER**

IT IS SO ORDERED.

**Dated: August 1, 2012**           **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

Gray - Stipulation and Proposed Order