HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
WILLIAM G. GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>vs.<br><br>WILLIAM G. GRAY,<br><br>    *Defendant*. | Case No. 1:12-cr-00158 AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: January 6, 2014<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for December 2, 2013, **may be continued to January 6, 2014 at 10:00 a.m**.

Defendant has proposed this stipulation so that he may be prepared to go into custody immediately after imposition of sentence.

///

///

///

///

///

///

-1-

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: November 14, 2013 | | By: | */s/ Brian Enos*<br>BRIAN ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: November 14, 2013 | | By: | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>WILLIAM G. GRAY |

**O R D E R**

IT IS SO ORDERED.

Dated: November 14, 2013

_____
SENIOR DISTRICT JUDGE